UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM ALLEN WHITLOW,
    Plaintiff,

vs.                                     Case No.: 3:16cv716/MCR/EMT

COL. LAMBERT, et al.,
    Defendants.
_____/

## O R D E R

This cause is before the Court on consideration of the Chief Magistrate Judge's Report and Recommendation dated May 8, 2018 (ECF No. 9). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed.

Having considered the Report and Recommendation, and the record, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED WITHOUT PREJUDICE** pursuant to 28

U.S.C. § 1915(e)(2)(B)(i) as malicious.

**DONE AND ORDERED** this 7th day of June 2018.

*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**